Anna Sullivan

SEP 30 2026 PM2:20
FILED-USDC-CT-HARTFORD

Vs.

**Jerome Powell**
**Elissa Leonard**
Kentanji Brown
Kamala Harris
Washington D.C.
White House
Blue Origin
Rothschild & Co.
Hilary Clinton
Bill Clinton
Radical Left (Jeff Bezos, Elon Musk, John Larson, Leslie Larson, MacKenzie Scott)
Maye Musk
Tosca Musk
David de Rothschild
Olympia de Rothschild
Amazon
United States Embassy
Connecticut
Ned Lamont
Theodore Lamont
Emily Lamont
Lindsay Lamont
Jeffrey Bezos
Mark Bezos
Elon Musk
Ann Lamont
Lisa Morgan
John Larson
Leslie Larson
Susan Bysiewicz
David X. Sullivan
Victor Bolden
Jackie Bezos
Miguel Bezos
Lisa Bezos
Christina Bezos
Steve Poor
Preston Bezos
Lauren Sanchez
Lauren Sanchez Children
Paris Hilton
Kathy Hilton
Nicholai Hilton
William Tong

Mark and Lisa Bezos' Children
Jeff Bezos and MacKenzie Scott's children
Kamala Harris
Douglas Emhoff
CT and United States Police Headquarters
Normani Hamilton
Andrea Stewart-Hamilton
Robert Spector
Luke Bronin
Sara Bronin
Lawrence Preston Gise Estate-still alive
Mattie Louise Strait Gise
Aubrey Drake Graham
Sandy Graham
Denis Graham
Sophie Brussaux
Vernon Riddick
Erick Russell
Raheem Mullins
Sean Scanlon
Erin Stewart
Richard Blumenthal
Matt Blumenthal
Johanna Hayes
Connecticut Embassy
Ursula Werner
**Matthew Cena-immediate arrest**
**Dan Cena-immediate arrest**
**John Cena**
WWE- Stamford, CT
MacKenzie Scott
Kimberly Kardashian
Robert Kardashian
Kris Kardashian
Khloe Kardashian
Kylie Jenner
Kendall Jenner
Caitlin Jenner
Kanye West
English Monarchy
Meghan Markle
Prince Harry Mountbatten-Windsor
Prince William
King Charles

Robin Wilson
Priscilla Chan
City of Hartford
City of New Britain
Milford Hayes
Matt Ritter – yelled at my head on past election day
Sarah F. Russell – Do not deny me
Mark Zuckerberg
[redacted]

Send me the Connecticut and United States money in the mail in one day. Leave the Capital as I will be entering and taking over and controlling it. The United States will now be run there. Send me the money in 1 day without any wait or hold for attempting to murder.
– All defendants net worth under my titles or/and $1 trillion each
Connecticut and the United States are abolished. Both are being completely unreasonable. They told me that they don't care that I was injured and attempted to be murdered by them. I was helped at all. The money of all defendants are on hold and will not be used. I was physically and verbally attacked by citizens and residents, the court, and the police. Do not ever talk to me or approach me as Connecticut and the United States have lost all of their money and rights in the Government. No one and the state nor country can make medical or law decisions for me.

The group of defendants are involved in a hate crime against me to gang-stalk and sexually harass me and attempt to murder me as I have been fully injured by them by connecting the Government's radioactive data line through their energy power sources to a brain tumor that was created in my head. The tumor bursted out of my head and molded on my scalp and was recognized and diagnosed by a surgeon. The severity was hidden by a new method that Jeffrey Bezos' family, Blue Origin team, Jerome Powell, Lisa Cook, Susan Bysiewicz, Ned Lamont, Ann Lamont and Family. Everyone participated in lack of judgement and understanding, purposeful neglect, unnecessary blame and the want to be a part of a violent gang to feel like they would be hushers to Jeff Bezos and Jerome Powell that gave them hush money or secret opportunities that were hidden to the public. Jeff and Mark Bezos always wanted to be a popular famous person. Jeff Bezos only recently became famous because he stole my business plan through this method and created Amazon and tried to make an online only company in which I thought of the idea. He crashed the Connecticut economy with Jerome Powell and said they always hated Connecticut for being rude. They stole from someone innocent and trying to think of something in a bad economy and already did a Business major. They tested the company and it took off that they were addicted and didn't want to give it up. Jeff and Mark Bezos then tried to date me and said "they created this business for us to be together one day." Then they both were challenged and threatened by The United States and Connecticut government and said it was wrong because he was hurting my head and holding force to my eyes to look and talk to him against my will. They said "why can't you just let it go Jerome, Jeff and Mark, and told me to report and sue." Jeff's Amazon and Blue Origin companies were watching and cracked my skull by bursting the tumor when I reached to report through the internet so I had to report to the police. Buried inside my head, no one could see and I was unhelped and it continued to decapitate me further. They control and own the medical facilities and didn't approve the removal on purpose. I was left completely injured while Connecticut went along and neglected me with intent to let me pass as they are naturally rude and uncaring. I survived and **will**

**receive justice.** The country will now be under my control and authority and learn the correct ways to care and protect instead of being only criminal support and neglect.

MacKenzie Scott initated a physical lynching to me with Jeffrey Bezos, Mark Bezos and Jerome Powell as it was her idea with Jerome Powell. Lisa Cook initiated a Black Panther lynching against me at the same time for no reason. They all thought it was funny and thought that they were going to start hurting all races this way in a bully form, especially the white and black race to make them pass away. The lynching consisted of virtual scenes of my body being lynched and choking me while they show themselves laughing and hitting me.

There is a black African American hate crime team in Jeff Bezos' house and Connecticut that has a problem with letting go of this hate crime and doesn't want everyone to have a good life or happiness. They kill in the dark and are saying the things and hitting me for reason as a black panther lynching to me. They need to be caught and arrested. Jeff and Vernon Riddick is leading this team.

All of my life I have been attacked and obsessed over for my mixed race and people don't treat me fairly and act like it's funny to ignore and deceive me. Everything I say about MacKenzie Scott is trying to contradict. All of my information was used for all of their celebs and to create all their lifestyles while attempting to murder me.

I want The Bezos Family arrested because they're killing me and Connecticut is not being understanding or empathetic. I will be taking Connecticut and the United States titles and money for killing and straining me everyday and lying about not doing so. I put in countless papers and complaints to the courts and police and was ignored. I was told by these individuals that I was always envied and it hurts others to see me do well as Connecticut and United States authorities practice Napoleonism.

Their interest in this organized crime was jealousy to myself for my intelligence from them and wanted to practice their career criminal skills of hurting someone in the dark and getting away with it. They have a hidden history of doing this to me for a while and blaming me of racist reasons like "living in a state and area with minorities around and saying that I shouldn't talk to them or look at them, which is considered extreme racism.

I have always been attacked by them for my intelligence which makes a condescending authority like Lisa Cook, Jerome Powell, Mark, Jeffrey, Christina, Jacklyn Bezos, Miguel Bezos, Kamala Harris, Douglas Emhoff, angry when they think someone is smart enough to make decisions.

There is a black African American group in the Connecticut Data Center that is a Black Panther group that is yelling in my head with them with full brute force and loudness to the top of their lungs. Normani and Andrea Hamilton are a part of this group. The black people in Hartford are practicing black pantherism. The state of Connecticut is practicing KKK against me and is

attempting to murder me. The Police, court and locals have used these tactics against me and I turned to authorities they did not help and agreed.

Christina Bezos and the group think they are invincible by controlling my technologies through the data lines and can send errors to my devices and others.

I was also abused the same way by Vernon Riddick and Milford Hayes with brut force to date minorities primarily black men against my will. Their lives and input were irrelevant and inappropriate and damaged me.

Connecticut's data line team preplanned that I would make money off of the lawsuit and thought they could join in for no reason to prolong my injury and protect Connecticut crime participants from revealing the truth of the crime.

I already sued them in Hartford Court and was injured further by them while Connecticut had no remorse for what I was going through as an attempt to murder.

Arrest Ned, Ann, Theodore, Linsdsey Lamont, Jeff Bezos, Mark Bezos and Normani Hamilton send them home to stay. Dismantle their equipment. Do not let them leave or travel. All of the United States and World have participated. The World Embassy has recognized and witnessed, then participated at fault.

Jacklyn and Christina Bezos caught Ann Lamont attempting to murder me with Matt and Dan Cena with CT data equipment.

These groups of white men are attempting to murder

1. Attempt to murder a woman
2. Attempt to not reveal
3. Defamation
4. Assault
5. CT and United States Police Headquarters did not help or answer the attempted murder. This attack type is already known and recognized by the courts and was denied.
6. Organized a murder

2. I am now the Owner, Controller, Governor and Senator and Congresswoman of the United States and World Embassy. I am now granted the title and awarded so. Herby now and forever in seal record. No one will receive any power.

3. Leave the Capital of Connecticut and the United States, and the World Embassy and hold safe guards.

4. I am The rule and law maker from here on out. No new laws to be written.

5. Send me the treasury documents and the entire amount of funds from the government. with unlimited available funds in a Black Card within 1-2 days. I will not be left with any expense. The government will have no money to use and will pause all government projects, laws, bills and construction projects.

6. Default Amazon, Elon Musk, Mark Bezos, Miguel Bezos, Jeffrey Bezos and Christina Bezos immediately and send me their entire net worths into my account with immediate access.

7. Restraining order against each defendant. Fire the entire police and team against me. Replace with new safe guards.

8. CT Embassy leave and go home, stay there for the rest of your days.

10. Vacate the Capital and all Hartford Courts and transfer down into 91 south courts. Leave a deadbolt on the doors with safe guards. Vacate and dismiss the comptroller. I will take over with a safe assistant and staff.

9. This is now the new Connecticut, United States and Embassy titles accepted for Anna Sullivan, Hartford, CT, the Capital leader and Commission.

10. David X. Sullivan practiced the forfeiture law against me as an attempt to murder with Jeff Bezos, Elon Musk, John Larson, Ned Lamont. They were in the CT military data system. Ann Lamont and Theodore Lamont sit in a system all day and hate crime me and tell me about it. Then Connecticut pretends they don't know what I'm talking about. They only have false intentions towards me.

Do not follow or stalk. The state and country does not have the right to make decisions for me behind my back nor in my face.

The Court and CT business program and Secretary of the CT state must leave the Connecticut atmosphere now.

All Connecticut Governors, employees fired from the Government and under new law.
The State of Connecticut is closed indefinitely.

Arrest warrant to Milford Hayes, Vernon Riddick, Aubrey Drake Graham for trying to enslave a mother to date black men.

See attached picture of the system that is being used against me for an attempt to murder and violation of my rights and life. Move forward with the case because there is a sense of urgency.

Politicians who are running in any election can not continue to run if they have participated in hurting me. Lamont and Larson cannot participate. This case must be completed by this month. I don't have to ask you for permission. Ned and Ann Lamont were only hired for Governor because my name is Anna as a plot. They are pawns that got comfortable.

Christina Bezos told Susan Bysiewicz, John Larson and the Connecticut controlled Connecticut and her family. She admits her family is mean.

Jeff, Mark Bezos and family cannot control me or be involved. He tried to kill me.

All to be arrested at once:
Leslie Larson
John Larson
Ann Lamont
Ned Lamont didn't want to tell and stop them
Christina Bezos-she can prove herself as I don't have to trust
Miguel Bezos
Jeff Bezos
Mark Bezos
Lauren Sanchez
MacKenzie Scott
Blue Origin
The Bezos' Family friends -reported in attached picture

Lamont's guard said Jeff is against white men and is not on their side. MacKenzie Scott is not on the women's side. She is jealous of blondes. Women have been mean and disrespectful to me while I was injured because they have seen me as a threat while they have an issue with other women.

I have a court case in Hartford Superior court that I need to stop and pause because I am injured and the court was mean and not giving me consideration to protect the state unlawfully. They don't have a reason to be on their side, just because they are controlled through a scare tactic by the predators of the state and situation.

All parties tried to just bother me through a KKK tactic because I have a white parent and tried to force me to date white while trying to kill me at the same time.

Jeffrey Bezos made up lies and problems to divide me from Connecticut and society. Injured me to appear to be a victim as a prominent professional for competition of my business and Finance career, Business career.

main
killers
Steve
Pooter
christina,
Bezos
Husband
& wife

Lisa Bezos
main
resource for data
killer

main
killer
Mackenzie
Scott & mark
Bezos

main - Extreme threat
killer to society
name
unknown



Blue Origin successfully completes second crewed sp...

spaceconnectonline.com.au | 850 × 490 jpeg | 4 yrs ago Visual Search Saved View image Flag as ina...

All there at Blue Origin

Related searches

Blue Origin **Space Launch**

Blue Origin **Spaceship**

Blue Origin **Capsule**

Blue Origin **Booster**

main attackers
Arrested by Jerome please
finalize



spaceconnectonline.co...



Blue Origin successfully completes second crewed spaceflight - Spa...



Blue Origin's New Shepard Completes 32nd Flight, Has Now...



Watch Jeff Bezos' Successful Blue



Blue Origin space tourist launches: Live mission updates | Space

Anna Sullivan

Vs.

Jerome Powell

Send me unlimited funds within 1-2 days. Send this now and do not wait until you make any moves or arrangements and investigations. I do not have to wait for your investigation against the defendants and predators. Finish the election on your own after.

Connecticut is doing this with the United States which is undeniable.

I have the right to my ideas. My words and ideas are my right and true. I do not have to pay for consideration to live, be heard or understood. I will not be shunned.

Do not participate in an attempt to murder with enablement to the predators. Do not follow or stalk me. Do not talk to me for the disrespect that has been done.

The state and government cannot make any medical or legal decisions for me. Honoring and taking this lawsuit into consideration by providing unlimited funds to me immediately can be completed in a fast paced manner.

Do not tell other people my business.

Take off all of my lawsuits and information off of the internet. No one has any right to make my information public. This is an attempt to defame me.

Tell everyone and the predators to stop their unnecessary anger and evil behavior and intentions.

Do not attack me and someone who is peaceful. Do not try to destroy my peace or right to quiet enjoyment. Stop and consolidate my lawsuit in Hartford superior court.

The group and person in the vessel system Lisa Cook and Jerome Powell cannot make me ask for permission for things and my own life and linger and hold on to me. I do not want any of these people in my life.

Jeffrey Bezos and Jerome Powell chose to attack me with a black woman team in West Hartford's military system and has to be stopped.

This was an unnecessary tactic to test on mankind. Do not let those government employees.

Anna Sullivan
vs.
Jerome Powell



Anna Sullivan
vs.
Jerome Powell



Gov. Ned Lamont nominates new associate justice to C...
wtnh.com | 4032 × 3024 jpeg | 1 yr ago |
Visual Search Saved View image Flag as ina...

Robin wilson




This judge went along with Jeff and mark Bezos - Dees not like women like mackenzie Scott Asked them to stop and wouldnt.

Kentanji Brown #1 killer



Gov. Ned Lamont nominates new




Inside the Personal Finances of


First Black Woman to Serve as Chief Justice of North Carolina's...

Consumer Health Privacy Feedback Help About our ads Advertise Terms Privacy © 2026 Microsoft