Anna Sullivan
211 Girard Ave
Hartford, CT 06105

HARTFORD CT 060
28 SEP 2026 PM 4 L




United States District Court
450 Main St.
Hartford, CT 06103

06103-302299

X-RAY SCREENED
COMPLETED